# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**228**
**CAF 14-00248**
PRESENT: WHALEN, P.J., SMITH, CARNI, NEMOYER, AND CURRAN, JJ.

---

IN THE MATTER OF JAMIE BAYLEY,
PETITIONER-RESPONDENT,

V                                                                    ORDER

PHILLIP BAYLEY, RESPONDENT-APPELLANT.

---

EVELYNE O'SULLIVAN, EAST AMHERST, FOR RESPONDENT-APPELLANT.

CHRISTOPHER J. BRECHTEL, ATTORNEY FOR THE CHILDREN, BUFFALO.

---

Appeal from an order of the Family Court, Erie County (Deanne M. Tripi, J.), entered January 24, 2014 in a proceeding pursuant to Family Court Act article 6. The order, among other things, granted the petition to modify a visitation order.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: March 18, 2016                          Frances E. Cafarell
                                                 Clerk of the Court